## HARTMAN v. WALKERTOWN SHOPPING CENTER

No. 152P94

Case below: 113 N.C.App. 632

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 28 July 1994.

## HILTON v. HILTON

No. 291P94

Case below: 114 N.C.App. 665

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 28 July 1994.

## IN RE DENNIS v. DUKE POWER CO.

No. 246PA94

Case below: 114 N.C.App. 272

Petition by petitioner (M-B Industries) for writ of supersedeas allowed 28 July 1994. Petition by petitioner (M-B Industries) for writ of certiorari to review the decision of the North Carolina Court of Appeals allowed 28 July 1994.

## JACK ECKERD CORP. v. BRENCO, A/P

No. 235P94

Case below: 114 N.C.App. 504

Petition by defendant (Brenco) for discretionary review pursuant to G.S. 7A-31 denied 28 July 1994. Petition by defendant (Brenco) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 28 July 1994. Petition by defendant (Wal-Mart) for discretionary review pursuant to G.S. 7A-31 denied 28 July 1994. Petition by defendant (Wal-Mart) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 28 July 1994.